UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1996 _____ as

☑ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: Livia Properties, II, LLC

_____ as the

(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

s/Mark D. Obenshain
_____
(signature)

| | |
|---|---|
| Mark D. Obenshain | 540-208-0727 |
| Name (printed or typed) | Voice Phone |
| Obenshain Law Group | 540-266-3568 |
| Firm Name (if applicable) | Fax Number |
| 420 Neff Ave, Suite 130 | |
| Harrisonburg, VA 22801 | mdo@obenshainlaw.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on September 2, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Edward H. Starr, Esquire<br>Stephen Piepgrass, Esquire<br>Troutman Sanders LLP<br>1001 Haxall Point, P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>edward.starr@troutmansanders.com<br>stephen.piepgrass@troutmansanders.com<br>Counsel for Appellee Jones Lang LaSalle, Americas, | Harold Johnson, Esquire<br>Williams Mullen<br>200 South 10th Street, Suite 1600<br>Richmond, Virginia 23219<br>hjohnson@williamsmullen.com<br>Counsel for Appellee Comcast of CA/MD/PA/VA/WV,<br>LLC |

| | |
|---|---|
| s/Mark D. Obenshain | 9/2/2015 |
| Signature | Date |

05/07/2014
SCC