UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 15-1996   Caption: Livia Properties, II, LLC v. Jones Lang LaSalle Americas, Inc., et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Jones Lang LaSalle Americas, Inc.
(name of party/amicus)

who is _____Appellee_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:
   Jones Lang LaSalle Incorporated, a publicly-held Maryland corporation, is the parent corporation of the Appellee, Jones Lang LaSalle Americas, Inc. Jones Lang LaSalle Americas, Inc. does not have any grandparent or great-grandparent corporations.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   Jones Lang LaSalle Americas, Inc. is a wholly-owned subsidiary of Jones Lang LaSalle Incorporated, a publicly-held Maryland corporation.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))? ☑ YES ☐ NO
If yes, identify entity and nature of interest:

   Comcast of California/Maryland/Pennsylvania/Virginia/West Virginia LLC is also an appellee in this action and has submitted its own, separate corporate disclosure statement.

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s/ Stephen C. Piepgrass     Date: 9/2/2015

Counsel for: Jones Lang LaSalle Americas, Inc.

# CERTIFICATE OF SERVICE
**************************

I certify that on September 2, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Mark D. Obenshain, Esq. | Harold Johnson, Esq. |
| Counsel for Livia Properties | Counsel for Comcast |
| Obsenshain Law Group | Williams Mullen |
| 420 Neff Ave., Suite 130 | 200 South 10th Street, Suite 1600 |
| Harrisonburg, VA 22801 | Richmond, VA 23219 |
| Telephone (540) 208-0727 | Telephone: (804) 420-6447 |
| Facsimile: (540) 266-3568 | Facsimile: (804) 420-6507 |
| mdo@obsenshanelaw.com | hjohnson@williamsmullen.com |

/s/ Stephen C. Piepgrass     9/2/2015
   (signature)                             (date)